

**NOTICE OF WITHDRAWAL OF CLAIM**

June 9, 2020

**U.S. Bankruptcy Court**
**Northern District of Illinois**
**219 S Dearborn, 7th floor**
**Chicago, IL 60604**

Re:      20-06407, Ebony Payne

To whom it may concern:

Prestige withdraws our claim  3 filed on 04/02/2020.

Sincerely,

/s/  Sara Niemann
Prestige Financial[+]
Bankruptcy Department
[ T ] (888)822-7422
[ F ] (801)956-1502

[+]Operating as Prestige Auto Finance Corp. in CT, DE, FL, MA and NH.

150814-BK008

351 West Opportunity Way, Draper, Utah 84020   [ T ] 801.844.2100   [ F ] 801.844.2600



MyPrestige.com